STATE of Missouri, Respondent,

v.

Darryl Tyrell KELLEY, Appellant.

No. WD 61469.

Missouri Court of Appeals,
Western District.

April 1, 2003.

Amy M. Bartholow Columbia, MO, for appellant.

Patrick T. Morgan, Assistant Attorney General, Jefferson City, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, PATRICIA BRECKENRIDGE, Judge and THOMAS H. NEWTON, Judge.

### ORDER

PER CURIAM.

Darryl Kelley appeals from his conviction by jury of the class A misdemeanor of resisting arrest, § 575.150 RSMo 2000. No jurisprudential purpose would be served by a formal written opinion, however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).